IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SANDRA WATSON                          :
                                       :
    Plaintiff                          :
                                       :
vs.                                    :   Case No.: 1:06cv00913
                                       :   The Honorable James Robertson
UNITED STATES OF AMERICA               :
                                       :
    Defendants                         :

## AFFIDAVIT OF SERVICE

    I, TRACI L. TAYMAN, hereby swear and affirm under the penalties of perjury that the following is true and correct to the best of my personal knowledge:

    1.    That I am over the age of 18 and competent to testify, and that I am a legal secretary at the offices of Joseph, Greenwald & Laake, P.A., located at 6404 Ivy Lane, Suite 400, Greenbelt, Maryland 20770.

    2.    That on or about May 17, 2006, a Summons and Complaint, were served, via U.S. certified mail, return receipt requested, to Kenneth L. Wainstein, Esquire, United States Attorney for the District of Columbia, 555 4th Street, NW, Washington, DC 20530 and Alberto Gonzales, Esquire, Attorney General of the U.S., 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

    3.    That on or about May 22, 2006 and May 23, 2006, I received through the United States Postal Service, return receipts, and that said receipts are being attached hereto and incorporated by reference as Plaintiff's Exhibit A.

_____
TRACI L. TAYMAN

Subscribed and sworn to before me this
27th day of June, 2006.

_____
Notary Public

My Commission expires: 2/1/2008

Respectfully submitted,

JOSEPH, GREENWALD & LAAKE, P.A.

*[signature]*

Steven M. Pavsner, Bar No. 912220
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
*spavsner@jgllaw.com*
Telephone: (301) 220-2200
Facsimile: (301) 220-1214

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Kenneth L. Wainstein, Esq.
   U.S. Attorney for D.C.
   555 4th Street, NW
   Washington, DC  20530

   SMP                          Watson

2. Article Number
   (Transfer from service label)   Z 419 382 781

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X                               ☐ Agent
                                   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   MAY 2 2 2006

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Alberto Gonzales, Esq.
   Attorney General of the U.S.
   950 Pennsylvania Avenue, NW
   Washington, DC  20530-0001

   SMP                          Watson

2. Article Number
   (Transfer from service label)   Z 419 382 783

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X                               ☐ Agent
                                   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   MAY 2 3 2006

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540