UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA WATSON ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 06-0913 (JR) |

**ANSWER AND AFFIRMATIVE DEFENSES**

The United States of America, by and through the United States Attorney for the District of Columbia, answers Plaintiff's complaint as follows:

1. This paragraph consists of Plaintiff's jurisdictional statement and characterization of this action to which answers are not required; to the extent that the paragraph is deemed to contain allegations of fact as against Defendant, they are denied.

2. This paragraph consists of Plaintiff's statement of venue to which an answer is not required; to the extent that the paragraph is deemed to contain allegations of fact as against Defendant, they are denied.

3. Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegation contained in this paragraph and therefore it is denied.

4. Defendant admits that the National Gallery of Art was established by Joint Resolution of the 75th Congress, March 24, 1937, codified at 20 U.S.C. § 71 *et seq.*, but denies the remainder of the paragraph.

5. Defendant admits that on May 15, 2003, a National Gallery of Art security officer was called to the West Building Main Floor West Garden Court to respond to a report that a visitor had fallen down, but denies the remainder of the paragraph.

6. This paragraph consists of a conclusion of law which requires no response; to the extent a response is deemed required, it is denied.

7. This paragraph consists of a conclusion of law which requires no response; to the extent a response is deemed required, it is denied.

8. The first sentence of this paragraph consists of a conclusion of law which requires no response; to the extent a response is deemed required, it is denied. Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in the remainder of the paragraph and therefore it is denied.

9. This first sentence of this paragraph consists of a conclusion of law which requires no response; to the extent a response is deemed required, it is denied. Defendant denies the allegations contained in the second sentence of this paragraph.

The remainder of the complaint contains Plaintiff's prayer for relief, to which no response is required. To the extent the Court deems a response required, Defendant denies that Plaintiff is entitled to any of the requested relief, or any relief whatsoever.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claim is barred by intervening and/or superseding causes.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claim and/or cause of action set forth in the Complaint is barred by the doctrines of contributory negligence and/or assumption of the risk.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's recovery is limited to the damages recoverable under the Federal Tort Claims Act. Pursuant to 28 U.S.C. § 2675(b), Plaintiff is prohibited from claiming or recovering an amount against the Defendant in excess of the amount Plaintiff set forth in the administrative claim presented to the Government.

### FIFTH AFFIRMATIVE DEFENSE

Pursuant to 28 U.S.C. § 2674, Plaintiff is proscribed from recovering any amount for pre-judgment interest against the Defendant.

### SIXTH AFFIRMATIVE DEFENSE

Costs are not separately recoverable under the Federal Tort Claims Act.

### SEVENTH AFFIRMATIVE DEFENSE

Federal defendant reserves the right to raise any and all affirmative defenses available under Fed. R. Civ. P. 8(c)

July 18, 2006                               Respectfully submitted,

                                                                                     /s/
                                        KENNETH L. WAINSTEIN, D.C. Bar # 451058
                                        United States Attorney

                                                                   /s/
                                        RUDOLPH CONTRERAS D.C. Bar No. 434122
                                        Assistant United States Attorney

                                                                   /s/
                                        ERIC J. JANSON
                                        Special Assistant United States Attorney
                                        555 4th Street, N.W., Rm. E4417
                                        Washington, DC  20530

OF COUNSEL:

Elizabeth A. Croog, Esq.
Secretary and General Counsel
Lara Levinson, Esq.
Associate General Counsel
National Gallery of Art
4th and Constitution Avenue, NW
Washington, DC 20565