**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SANDRA WATSON : | |
| : | |
| Plaintiff : | |
| : | |
| vs. : | Case No.: 1:06cv00913 |
| : | The Honorable James Robertson |
| UNITED STATES OF AMERICA : | |
| : | |
| Defendants : | |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Steven M. Pavsner, Esquire as counsel in this case for Plaintiff, Sandra Watson.

I certify that I am admitted to practice in this court.

_____08/02/06_____                                 _____/s/ filed ECF_____
Date                                                                          Steven M. Pavsner, # 912220
                                                                                    JOSEPH, GREENWALD & LAAKE
                                                                                    6404 Ivy Lane, Suite 400
                                                                                    Greenbelt, Maryland 20770
                                                                                    *smpavsner@jgllaw.com*
                                                                                    Telephone: (301) 220-2200
                                                                                    Facsimile: (301) 220-1214

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of August, 2006, a copy of the foregoing Entry of Appearance was sent, via U.S. first-class mail, postage prepaid, to Kenneth Wainstein, Rudolph Contreras, Eric Janson, United State's Attorney's Office, 555 4th Street, N.W., Rm E4417, Washington, DC 20530 and Lara Levinson, Associate General Counsel, National Gallery of Art, 4th and Constitution Avenue, NW, Washington, DC 20565.

                                                                                    _____/s/ filed ECF_____
                                                                                    Steven M. Pavsner