UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA WATSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-0913 (JR) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**PRAECIPE**

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney ERIC J. JANSON as counsel of record for Defendant United States of America, in the above-captioned case.

Respectfully submitted,

_____/s/_____
Eric J. Janson
Special Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)
Eric.Janson@usdoj.gov