UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SANDRA WATSON | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 06-0913 (JR) |
| | ) | |
| v. | ) | ECF |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL AND ENTRY OF APPEARANCE

The Clerk of Court will please withdraw the appearance of Special Assistant United States Attorney Eric J. Janson, and enter the appearance of Assistant United States Attorney Michelle N. Johnson, as counsel for Defendant.

       /s/
MICHELLE N. JOHNSON
Assistant United States Attorney
555 4th St., N.W. Room E4212
Washington, D.C.  20530
202-514-7139

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Withdrawal and Entry of Appearance was either transmitted via the U.S. District Court's electronic filing notification system, or mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

**Steven M. Pavsner**
**Steven Bruce Vinick**
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane
Suite 400
Greenbelt, MD 20770

on this <u>13th</u> day of October, 2006.

                                            /s/
                                 MICHELLE N. JOHNSON
                                 Assistant United States Attorney
                                 555 4th St., N.W., Room E4212
                                 Washington, D.C.  20530
                                 202-514-7139