UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SANDRA WATSON,                       :
                                     :
        Plaintiff,                   :
                                     :
   v.                                : Civil Action No. 06-0913 (JR)
                                     :
UNITED STATES OF AMERICA,            :
                                     :
        Defendant.                   :

### REFERRAL TO MEDIATION ORDER

Upon consent of the parties to mediate, it is

**ORDERED** that this matter is referred to the Court's Alternative Dispute Resolution Program for mediation.  It is

**FURTHER ORDERED** that counsel and the parties shall attend each mediation session.  It is

**FURTHER ORDERED** that mediation efforts shall be concluded by January 18, 2007.  It is

**FURTHER ORDERED** that if the case settles in whole or in part before such date, counsel shall advise the Court of the settlement by filing a stipulation.  It is

**FURTHER ORDERED** that if no settlement is reached, a further status conference will be held at **4:30 p.m. on January 23, 2007.**

                                        JAMES ROBERTSON
                                     United States District Judge